UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

CONLEY ANGEL     Plaintiff

v.     Civil Action No. 4:23CV-86-RGJ

AMERICA'S CAR-MART, INC.     Defendants

\* \* \* \* \*

## **ORDER**

The Court, having been advised by counsel that settlement has been reached on all matters in this case [DE 17], **ORDERS** that this action be, and the same hereby is, **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the **ACTIVE DOCKET.**

The parties shall tender an agreed order dismissing this case with prejudice within sixty (60) days of entry of this Order. The Court will entertain a motion to redocket this action upon application to this Court within sixty (60) days from entry of this Order if the settlement is not consummated.

February 5, 2024

*Rebecca Grady Jennings, District Judge*
*United States District Court*

Copies to: Counsel of Record