# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

| | |
|---|---|
| Conley Angel, | ) |
| | ) Case No. 4:23-cv-00086-RGJ |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| America's Car-Mart, Inc. and | ) |
| John Does I-X, | ) |
| | ) |
| Defendants. | ) |

**ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE**

The Court, having considered the parties' stipulation of dismissal, hereby dismisses this matter with prejudice, with each party to bear its own costs and attorneys' fees.

SO ORDERED.

Rebecca Grady Jennings, District Judge
United States District Court

Dated: May 9, 2024